IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: } | |
| } | Case No. 20-30815-KLP |
| Kevin B. Dent } | |
| } | Chapter 13 |
| } | |
| **Debtor** } | |
| Address  7020 Bolelyn Way | |
| Henrico, Va. 23231 | |
| | |
| SSN:   xxx-xx-0886 | |

## NOTICE OF MOTION AND NOTICE OF HEARING

Kevin B. Dent , ("Debtor"), by counsel, has filed a Motion For Authority to Sell A Vehicle, Motion to Expedite, and Motion to Shorten Notice Period.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not want the court the grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before you or your attorney must:

- ✓ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**Clerk of Court
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA 23219**

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

| | | |
|---|---|---|
| | } | Case No. 20-30815-KLP |
| Kevin B. Dent | | |
| Debtor | } | |
| | } | |
| | } | Chapter 13 |

<u>You must also mail a copy to:</u>
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125

✓ **<u>Attend a hearing scheduled for March 23rd, 2022 at 10:00 A.M.. at Judge Huennekens at 701 E. Broad Street, Room 5000, Richmond, VA 23219.</u>**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

<u>/s/: Joseph Massie, III</u>
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9022-1, on March 11, 2022, the foregoing **Notice of Motion** has been served on and/or endorsed by all necessary parties.

March 11, 2022                    RESPECTFULLY SUBMITTED

Kevin B. Dent

By: <u>/s/: Joseph Massie, III</u>
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

|  |  |  |
|---|---|---|
|  | } | Case No. 20-30815-KLP |
| Kevin B. Dent | } |  |
| Debtor | } |  |
|  | } |  |
|  | } | Chapter 13 |

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Kevin B. Dent                    Case Number 20-30815-KLP
                                        Chapter 13

    Debtor

## MOTION TO EXPEDITE HEARING

COMES NOW, Kevin B. Dent, the Debtor, by Counsel, and offer the following in support of his **Motion to Expedite Hearing** on the **Motion for Authority to Sell A Vehicle**:

1. On February 17, 2020, Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 *et seq.*
2. Debtor seeks to Sell a 2007 Toyota Tundra which is in the Chapter 13 Plan.
3. That an expedited hearing on the Motion *hearing is* necessary for the following reason:
4. **That the Debtor has a buyer willing to purchase the vehicle and time is of the essence.**
5. An expedited hearing is necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted, in fact it is their best interest.

WHEREFORE, the Debtor respectfully request this Honorable Court to schedule a hearing to be heard on an expedited basis to consider the **Motion for Authority to Sell A Vehicle** and for such other and further relief as the Court deems proper.

March 11, 2022                          RESPECTFULLY SUBMITTED,
                                        Kevin B. Dent

                By:    /s/: Joseph Massie, III
                                        Joseph Massie, III
                                        115 N. 1st Street
                                        Richmond, VA 23219-2125
                                        (804) 644-4878 (T)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

                      }    Case No. 20-30815-KLP

Kevin B. Dent
Debtor    }
    }
    }    Chapter 13

(804) 644-4874 (F)

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Kevin B. Dent                     Case Number 20-30815-KLP
                                                    Chapter 13

      Debtor

## CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

In support of the attached request for an expedited hearing as required by Local Rule 9013-1(N), I hereby certify that:
1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing.
2. I have not created the emergency through any lack of due diligence, and
3. I have made a *bona fide* effort to resolve the matter without hearing.

March 11, 2022                     RESPECTFULLY SUBMITTED,
                                                   Kevin B. Dent

                  By:          /s/: Joseph Massie, III
                                                   Joseph Massie, III
                                                   115 N. 1st Street
                                                   Richmond, VA 23219-2125
                                                   (804) 644-4878 (T)
                                                   (804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9022-1, on March 11, 2022, the foregoing **Motion to Expedite Hearing** has been served on and/or endorsed by all necessary parties.

March 11, 2022

                                           Massie Law Firm, PC
                        Joseph Massie, III, Esquire (Bar No. 35472)
                                   115 N. 1st Street
                                   Richmond, VA 23219
                                   (804) 644-4878 (T)
                                   (804) 644-4874 (F)

|  |  |  |
|---|---|---|
|  | } | Case No. 20-30815-KLP |
| Kevin B. Dent | } |  |
| Debtor | } |  |
|  | } | Chapter 13 |

RESPECTFULLY SUBMITTED
Kevin B. Dent

By /s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

| | | |
|---|---|---|
| | } | Case No. 20-30815-KLP |
| Kevin B. Dent | | |
| Debtor | } | |
| | } | |
| | } | Chapter 13 |

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Kevin B. Dent                         Case Number 20-30815-KLP
                                             Chapter 13
    Debtor

## MOTION TO SHORTEN NOTICE PERIOD

COMES NOW, Kevin B. Dent, ("the Debtor"), by Counsel, and file this Motion to Shorten the Notice Period for the Motion for Authority to Sell a Vehiclethe pursuant to 11 USC §364(a) and 1304, Federal Rules of Bankruptcy Procedure 4001(c) and 9013, and Local Bankruptcy Rules 9013-1. In support thereof, Debtor respectfully states the following:

### Jurisdiction

1. This court has exclusive jurisdiction over this matter pursuant to 28 USC §1334.
2. This proceeding is a core proceeding under 28 USC §157(b)(2)(A)(B)(K) and (O).
3. Venue is proper pursuant to 28 USC §1409.

### Facts

4. On February 17th, 2020, the Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 **et seq.**
5. Debtor seeks to shorten the notice period for the **Motion to Authorize the Sell of a Vehicle** from twenty-one (21) days to twele(12) days.

WHEREFORE, the Debtor prays that this Court enter an Order shortening the notice period for the **Motion for Authority to Sell A Vehicle**.

March 11, 2022                              RESPECTFULLY SUBMITTED,

                                            Kevin B. Dent

                                                        Massie Law Firm, PC
                                            Joseph Massie, III, Esquire (Bar No. 35472)
                                                             115 N. 1st Street
                                                            Richmond, VA 23219
                                                               (804) 644-4878 (T)
                                                               (804) 644-4874 (F)
                                                                               }
                            }    Case No. 20-30815-KLP
Kevin B. Dent
Debtor                      }
                            }
                            }    Chapter 13

By:  /s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9022-1, on March 11, 2022, the foregoing **Motion to Shorten Notice Period** has been served on and/or endorsed by all necessary parties.

March 3, 2022          RESPECTFULLY SUBMITTED
Kevin A. Dent

By /s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

|   |   |   |
|---|---|---|
|   | } | Case No. 20-30815-KLP |
| Kevin B. Dent | } |   |
| Debtor | } |   |
|   | } |   |
|   | } | Chapter 13 |

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Kevin B. Dent        Case Number 20-30815-KLP
                                            Chapter 13

Debtor

## MOTION FOR AUTHORITY TO SELL A VEHICLE

COME NOW, the Debtor, Kevin B. Dent, by counsel, and in support of her request Motion for Authority to Incur Indebtedness, states as follows:

1. The Court has exclusive jurisdiction over the property in question under 28 USC Section 1334. This is a core matter.
2. On February 17th, 2020, the Debtor filed a voluntary Chapter 13, bankruptcy.
3. The Debtor is financing a 2007 Toyota Tundra which is a part of Chapter 13 Plan.

4. That on or about February 21, 2022, the Debtor received a contract offer for the purchase of the vehicle from Car Max for $ 5,500.00

5. That the Debtor owes $ 5915.56 according to the Chapter 13 Trustee.
6. That the Debtor believes this is a very fair market price for the property, and that this is the best sale price he could reasonably achieve.
7. That the pay off for the vehicle is $ 5915.56 according to the Chapter 13 Trustee.
8. That the Debtor is willing and capable of paying the difference.
9. That the Debtor no longer wants the responsibility of the vehicle.
   Debtor request that the fourteen (14) day stay provided for pursuant to Federal Rules of Bankruptcy Procedure 6004(H) in the instant matter be waived.

WHEREFORE, the Debtor requests an Order authorizing them to incur said indebtedness and for such other relief as the Court may deem appropriate.

March 11, 2022                    RESPECTFULLY SUBMITTED,
                                         Kevin B. Dent

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

}  Case No. 20-30815-KLP

Kevin B. Dent
Debtor                    }
                          }
                          }  Chapter 13

By: /s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9022-1, on March 11, 2022, the foregoing **Motion for Authority to Sell A Vehicle** has been served on and/or endorsed by all Necessary Parties.

Kevin B. Dent
7020 Bolelyn Way
Henrico, Va. 23231

Carl Bates
PO Box 1819
Richmond, VA 23219

U.S. Trustee
Judy A. Robbins
Office of the U.S. Trustee
701 E. Broad Street, Ste 4303
Richmond, Va. 23219

Aes/pheaaelt
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Capital One

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}
}    Case No. 20-30815-KLP
Kevin B. Dent
Debtor    }
}
}    Chapter 13

Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Carl Bates
PO Box 1819
Richmond, VA 23219

Carrington Mortgage Services
Attn: Bankruptcy
Po Box 3730
Anaheim, CA 92806

Cashnet USA
Attn: Statement Manager
175 W Jackson Blvd, Stye 1000
Chicago, IL 60604

Citibank North America
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank/Shell Oil
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

IRS

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
}

}   Case No. 20-30815-KLP

Kevin B. Dent
Debtor                        }
                              }
                              }   Chapter 13

P.O. Box 7346
Philadelphia, PA 19101-7346

Lendmark Financial
Attn: Bankruptcy
1735 N Brown Rd, Ste 300
Lawrenceville, GA 30043

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161

Snap Finance
P.o. Box 26561
Salt Lake City, UT 84126

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

|  |  |
|---|---|
| Kevin B. Dent | } Case No. 20-30815-KLP |
| Debtor | } |
|  | } |
|  | } Chapter 13 |